*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, KISOR, and MIZER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jeffrey K. McCORD**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202300226**

_____

Decided: 6 February 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 23 May 2023 by a general court-martial convened at Marine Corps Recruit Depot Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for ten months, a fine of $1,500.00, and a bad-conduct discharge.[1]

For Appellant:
*Major Colin P. Norton, USMC*

---

[1] Appellant was credited with have served 119 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.